# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| CARMEN RICHARD,<br><br>   Plaintiff,<br><br>  v.<br><br>SHIRE U.S., INC.; SHIRE, LLC, ACTAVIS ELIZABETH LLC, ACTAVIS INC., and JOHN DOES 1-100; ABC CORPS 1-100, inclusive,<br><br>   Defendants. | No. 16-24907-CIV-MARTINEZ-GOODMAN |

### JOINT MOTION OF ALL PARTIES TO
### TRANSFER VENUE TO THE DISTRICT OF MASSACHUSETTS
### PURSUANT TO 28 U.S.C. § 1404(a)

Pursuant to 28 U.S.C. § 1404(a), for the convenience of the Parties and witnesses and in the interests of justice, all Parties to the above-captioned action hereby respectfully move this Court to transfer this putative class action to the U.S. District Court for the District of Massachusetts, where three related putative class actions are already pending which involve similar legal claims based on the same factual predicate, including one nearly identical putative class action filed by the same Plaintiff's counsel as this suit.

On December 23, 2016, Actavis Elizabeth LLC moved this Court to transfer the case to the District of Massachusetts (ECF No. 24), which Defendants Shire U.S., Inc. and Shire, LLC joined that same day (ECF No. 26). Plaintiff filed an opposition on January 7, 2017 (ECF No. 31), and Actavis Elizabeth (ECF No. 41) and Shire (ECF No. 40) filed replies on January 13, 2017.

The Parties have now resolved the dispute regarding transfer, and all Parties agree that transfer to the District of Massachusetts is appropriate and consent to such transfer. The Parties therefore respectfully request that this Court transfer this case to the U.S. District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1404(a).

Dated: January 18, 2017

Respectfully submitted,

*/s/ David A. Coulson*
David A. Coulson
Fla. Bar No. 176222
**Greenberg Traurig, P.A.**
333 S.E. 2nd Ave.
Miami, FL 33131
P: (305) 579-0754
F: (305) 579-0717
coulsond@gtlaw.com

*Attorneys for Actavis Elizabeth LLC*

Allan Kanner, Esquire (LA Bar No. 20580) (PHV)
Conlee S. Whiteley, Esquire (LA Bar No. 22678) (PHV)
Marshall Perkins, Esquire (LA Bar No. 36979) (PHV)
Layne Hilton, Esquire (LA Bar No. 36990) (PHV)
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, LA 70130
Phone: (504) 524-5777
a.kanner@kanner-law.com
c.whiteley@kanner-law.com
m.perkins@kanner-law.com
l.hilton@kanner-law.com

*Attorneys for Plaintiff*

*/s/ Bradley Winston*
Bradley Winston
Fla. Bar No. 766208
**WINSTON LAW FIRM**
2924 Davie Road, Suite 201
Davie, FL 33314
P: (954) 475-9666
F: (954) 475-2279
BWinston@winston.law.com

Ruben Honik, Esquire (PA Bar No. 33109) (PHV)
David J. Stanoch, Esquire (PA Bar No. 91342) (PHV)
**GOLOMB & HONIK, P.C.**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (215) 985-9177
Fax: (215) 985-4169
rhonik@golombhonik.com
dstanoch@golombhonik.com

*/s/ Gerald F. Richman*
Gerald F. Richman, Esq.
Florida Bar No.: 66457
grichman@richmangreer.com
Alan G. Greer, Esq.
Florida Bar No.: 123294
agreer@richmangreer.com
Nathaniel M. Edenfield, Esq.
Florida Bar No.: 91034
nedenfield@richmangreer.com
RICHMAN GREER, P.A.
396 Alhambra Circle
North Tower – 14th Floor
Miami, FL  33134
Telephone: (305) 373-4000

Fred A. Kelly, Jr., Esq. (*pro hac vice motion pending*)
Joshua Barlow, Esq. (*pro hac vice motion pending*)
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA 02110-2131
P: 617-345-1000
F: 617-345-1300
fkelly@nixonpeabody.com
jbarlow@nixonpeabody.com

Michael F. Brockmeyer (*pro hac vice motion pending*)
David S. Shotlander (*pro hac vice motion pending*)
Amanda J. Hamilton (*pro hac vice motion pending*)
**FROMMER LAWRENCE & HAUG LLP**
1667 K Street, NW
Washington, DC 20006
Tel: (202) 292-1530
Fax: (202) 292-1531
mbrockmeyer@flhlaw.com
dshotlander@flhlaw.com
ahamilton@flhlaw.com

David A. Zwally (*pro hac vice motion pending*)
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Ave.
New York, NY 10151
Tel:  (212) 588-0800
Fax:  (212) 588-0500
dzwally@flhlaw.com

*Attorneys for Shire U.S., Inc. and Shire, LLC*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2017, a copy of the foregoing was served by electronic means via the Court's CM/ECF System on all counsel registered to receive electronic notices.

*/s/ David A. Coulson*
