UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 16-24907-CIV-MARTINEZ-GOODMAN

CARMEN RICHARD, on behalf of herself and
all others similarly situated,

    Plaintiff,

vs.

SHIRE U.S., INC., et al.,

    Defendants.
_____/

## ORDER TRANSFERRING CASE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

THIS CAUSE came before the Court upon the parties' Joint Motion of All Parties to Transfer Venue to the District of Massachusetts [ECF No. 43]. For the reasons set forth in the Joint Motion, transfer of this case to the District of Massachusetts is appropriate under 28 U.S.C. § 1404(a). After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The Clerk is **DIRECTED** to **TRANSFER** this action to the United States District Court for the District of Massachusetts.

2. The Clerk shall **DENY ANY PENDING MOTIONS AS MOOT**, and **CLOSE** this case in the Southern District of Florida.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of January, 2017.

                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record