**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TINA PICONE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIRE U.S., INC.; SHIRE, LLC, ACTAVIS ELIZABETH LLC, ACTAVIS INC., and JOHN DOES 1-100; ABC CORPS 1-100, inclusive,<br><br>Defendants. | Civil Action No. 1:16-cv-12396-ADB |
| CARMEN RICHARD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIRE U.S., INC.; SHIRE, LLC, ACTAVIS ELIZABETH LLC, ACTAVIS INC., and JOHN DOES 1-100; ABC CORPS 1-100, inclusive,<br><br>Defendants. | Civil Action No. 1:17-cv-10117-ADB |
| SHERRI CUMMISFORD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIRE U.S., INC.; SHIRE, LLC, ACTAVIS ELIZABETH LLC, ACTAVIS INC., and JOHN DOES 1-100; ABC CORPS 1-100, inclusive,<br><br>Defendants. | Civil Action No. 1:17-cv-10156-ADB |

**JOINT MOTION TO EXTEND TIME TO RESPOND**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants Shire LLC, Shire U.S., Inc., and Actavis Elizabeth LLC (collectively, the "Defendants") and Plaintiffs Tina Picone, Carmen Richard, and Sherri Cummisford on behalf of themselves and the putative class (collectively, the "Plaintiffs"), hereby jointly move through their undersigned counsel to extend the time for Defendants to answer, move, or otherwise respond to the Class Action Complaint (the "Complaint") filed by Plaintiffs in this action. In support of their joint motion, the parties state as follows:

1. Plaintiff Picone filed her Complaint in this Court on November 23, 2016.

2. On December 22, 2016, Plaintiff Picone and the Defendants sought, and the Court allowed, an extension of time for the Defendants to answer, move or otherwise respond to the Complaint up to and including January 31, 2017.

3. Since the filing of the Complaint and the parties' request for an extension of time in *Picone*, four similar cases, involving many of the same parties and issues have been—or are in the process of being—transferred to this Court. Specifically:

- *Richard v. Shire U.S., Inc., et al.,* Civil Action No. 1:17-cv-10117-ADB, was transferred in from the Southern District of Florida and docketed in this Court on January 24, 2017. Before transfer in the *Richard* case, Plaintiff Richard and the Defendants sought, and the Southern District of Florida Court granted, an extension of time for the Defendants to answer, move, or otherwise respond to the Complaint up to and including January 31, 2017;

- *Cummisford v. Shire U.S., Inc., et al.*, Civil Action No. 1:17-cv-10156, was transferred from the Eastern District of Wisconsin on January 20, 2017, and was docketed in this Court today. Before transfer in the *Cummisford* case, Plaintiff Cummisford and the Defendants sought, and the Eastern District of Wisconsin Court granted, an extension of time for the Defendants to answer, move, or otherwise respond to the Complaint up to and including January 31, 2017;
- *FWK Holdings, LLC v. Shire plc, et al.*, Civil Action No. 1:16-cv-12653-NMG, where the plaintiff has filed a motion to re-assign the case to this Court as a related case;
- *Rochester Drug Co–Operative, Inc. v. Shire LLC, et al.*, Civil Action No. 1:17-cv-10050-NMG, where the plaintiff has filed a motion to re-assign the case to this Court as a related case;
- The *Picone*, *Richard*, and *Cummisford* cases are collectively referred to as the "Indirect Purchaser Class Actions." The *FWK Holdings* and *Rochester Drug Co–Operative* cases are collectively referred to as the "Direct Purchaser Class Actions."

4. On January 26, 2017, counsel for the parties in all five cases conferred and agreed to seek consolidation of the cases before this Court. That effort will include the filing of a proposed consolidated Case Management Order ("CMO") with the Court this week. The CMO will set forth a date for the filing of consolidated amended complaints—one for each of the Indirect Purchaser Class Actions and the Direct Purchaser Class Actions—and an integrated briefing schedule for Defendants' anticipated motions to dismiss each consolidated amended

complaint. By doing so, the parties seek to streamline the litigation and eliminate the prospect of presenting the Court with five separate motions in five separate cases.

5. The parties therefore request that the Court extend the time for Defendants to answer, move, or otherwise respond to the Complaints in *Picone*, *Richard*, and *Cummisford* in order to include such response in the integrated briefing schedule set forth in the proposed CMO.

6. Should a CMO or other order with an integrated briefing schedule for initial dispositive motions not be entered by the Court on or before February 15, 2017, then (a) Defendants shall answer, move, or otherwise respond to the Complaints on or before February 22, 2017, and (b) Plaintiffs Picone, Richard, and Cummisford shall respond to any motions filed by the Defendants on or before March 29, 2017.

7. The parties mutually assent to the relief requested by this motion.

WHEREFORE, the parties respectfully request that the Court (i) extend the time for Defendants to answer, move or otherwise respond to the Complaints to the date to be determined by the Court when it enters the CMO that will govern all five related cases, or, (ii) should a CMO or other order with an integrated briefing schedule for initial dispositive motions not be entered by the Court on or before February 15, 2017, order that (a) Defendants shall answer, move, or otherwise respond to the Complaints on or before February 22, 2017, and (b) Plaintiffs Picone, Richard, and Cummisford shall respond to any motion filed by the Defendants on or before March 29, 2017.

Dated: January 30, 2017

Respectfully submitted,

*/s/ Joshua S. Barlow*______
Fred A. Kelly, Jr., Esq., BBO #544046
Joshua Barlow, Esq., BBO #667472
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA 02110-2131
P: 617-345-1000
F: 617-345-1300
fkelly@nixonpeabody.com
jbarlow@nixonpeabody.com

Michael F. Brockmeyer (*pro hac vice*)
David S. Shotlander (*pro hac vice*)
Amanda J. Hamilton (*pro hac vice*)
**FROMMER LAWRENCE & HAUG LLP**
1667 K Street, NW
Washington, DC 20006
Tel: (202) 292-1530
Fax: (202) 292-1531
mbrockmeyer@flhlaw.com
dshotlander@flhlaw.com
ahamilton@flhlaw.com

David A. Zwally (*pro hac vice*)
John F. Collins
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Ave.
New York, NY 10151
Tel: (212) 588-0800
Fax: (212) 588-0500
dzwally@flhlaw.com
jcollins@flhlaw.com

*Attorneys for Shire LLC and Shire U.S., Inc.*

*/s/ Chris Holding*
Christopher T. Holding
Sarah K. Frederick
**Goodwin Procter LLP**
100 Northern Ave.
Boston, MA 02210

*/s/Stephen H. Galebach*
Stephen H. Galebach, Esquire BBO #653006
**GALEBACH LAW OFFICE**
9-11 Touro Avenue
Medford, MA 02155
Phone: (617) 429-1966
Email: steve@galebachlaw.com

Allan Kanner, Esquire (*pro hac vice)*
Conlee S. Whiteley, Esquire (*pro hac vice)*
Marshall Perkins, Esq. (*pro hac vice)*
Layne Hilton, Esq. (*pro hac vice)*
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, LA 70130
Phone: (504) 524-5777
Email: a.kanner@kanner-law.com
c.whiteley@kanner-law.com
m.perkins@kanner-law.com
l.hilton@kanner-law.com

Ruben Honik, Esquire (*pro hac vice)*
David J. Stanoch, Esquire (*pro hac vice)*
**GOLOMB & HONIK, P.C.**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (215) 985-9177
Fax: (215) 985-4169
rhonik@golombhonik.com
dstanoch@golombhonik.com

*Attorneys for Plaintiffs Picone, Richard, and Cummisford and the Putative Class*

P: (617) 570-1000
F: (617) 523-1231
cholding@goodwinlaw.com
sfrederick@goodwinlaw.com

*Attorneys for Actavis Elizabeth LLC*

## **LOCAL RULE 7.1 CONFERENCE**

I, Joshua S. Barlow, hereby certify that counsel for the Defendants conferred in good faith with counsel for Plaintiffs, Tina Picone, Carmen Richard, Sherri Cummisford, and the putative class, by phone and e-mail exchanges on January 29-30, 2017, and the parties jointly seek the relief requested by this motion.

/s/ *Joshua S. Barlow*
Joshua S. Barlow

## **CERTIFICATE OF SERVICE**

I, Joshua S. Barlow, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 30th day of January 2017.

/s/ *Joshua S. Barlow*
Joshua S. Barlow